UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Amoena USA Corp., ) | |
| ) | |
| ) | |
| Plaintiff, ) | Court No. 25-00177 |
| v. ) | |
| ) | |
| United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>NOTICE OF WITHDRAWAL OF ATTORNEY</u>

PLEASE TAKE NOTICE, that pursuant to USCIT R. 75(b), William F. Marshall has departed from GDLSK LLP and should be removed as attorney of record in this case.

GDLSK LLP remains as counsel for plaintiff in this action and Katherine Dobscha remains designated as lead counsel.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT LLP
*Attorneys for Plaintiff*
599 Lexington Ave, FL 36

Dated: May 5, 2026          New York, NY 10022
New York, New York       Tel. (212) 557-4000
KDobscha@gdlsk.com

By:    /s/ Katherine A. Dobscha
Katherine A. Dobscha